474 A.2d 695

Lawson, Jr., Appellant, v. Bond.

Argued May 26, 1983. John A. Metz, Jr., for appellant; Russell John J. Ober, Jr. for appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment affirmed.

474 A.2d 696

Maravich, Appellant, v. Maravich, Jr.

Argued February 29, 1984. Roberta C. Higley, for appellant; Layden C. Sadecky, for appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Decree affirmed.